THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Shawn Thomas, Appellant.
 
 
 

Appeal From Richland County
 Reginald I. Lloyd, Circuit Court Judge
Unpublished Opinion No. 2007-UP-450
Submitted October 1, 2007  Filed October
 10, 2007
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Appellant, Shawn Thomas, pled guilty to
 second degree criminal sexual conduct.  The trial judge sentenced him to
 fifteen years imprisonment to run concurrently with a prior sentence.  Thomass counsel attached to the brief a petition
 to be relieved as counsel, stating that he had reviewed the record and
 concluded this appeal lacks merit.  Thomas
 did not file a separate pro se brief.  After a thorough review
 of the record pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
HEARN,
 CJ., HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.